IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LEE JOHNSON, JR,
ADC #100626                                                                                            PLAINTIFF

V.                      CASE NO. 5:18-cv-212-JM-BD

WENDY KELLEY, et al.                                                                               DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After carefully considering the parties' timely objections, the responses thereto, and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

The motion for summary judgment filed by Defendants Griffin, Kelley, and Lay (#18) is DENIED.

Defendant Alshami's motion for summary judgment on the issue of exhaustion (#28) is GRANTED. Defendant Alshami is DISMISSED from this lawsuit.

The motion for summary judgment filed by Defendants Conley and Stukey (#36) is DENIED.

Mr. Johnson's unsupported motion for summary judgment on the merits (#29) is also DENIED.

IT IS SO ORDERED, this 26th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE