IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LEE JOHNSON, JR,
ADC #100626                                                                                             PLAINTIFF

V.                   CASE NO. 5:18-cv-212-JM-BD

WENDY KELLEY, *et al*.                                                   DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's unsupported motions for summary judgment on the merits (#70, #80) are DENIED.

IT IS SO ORDERED, this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE