IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LEE JOHNSON, JR,
ADC #100626     PLAINTIFF

V.     CASE NO. 5:18-cv-212-JM-BD

WENDY KELLEY, *et al*.     DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. After carefully considering Mr. Johnson's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Defendants' motions for summary judgment on the merits (#76, #81) are GRANTED. Mr. Johnson's lawsuit is dismissed, with prejudice. Mr. Johnson's motion for appointment of counsel and for evidentiary hearing (# 92) is DENIED.

IT IS SO ORDERED, this 20th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE