# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT LEE JOHNSON, JR,**
**ADC #100626**                                                                  **PLAINTIFF**

V.                          CASE NO. 5:18-cv-212-JM-BD

**WENDY KELLEY**, *et al*.                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 20th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE